KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  *ajweil@kbkfirm.com*
Chelsea S. Anderson (316580)
  *canderson@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Morgan E. Smith (SBN 293503)
  *morgan.smith@finnegan.com*
B. Brett Heavner (admitted *pro hac vice*)
  *b.brett.heavner@finnegan.com*
Yinfei Wu (admitted *pro hac vice*)
  *yinfei.wu@finnegan.com*
901 New York Avenue NW
Washington, DC  20001
Telephone:  (202) 408-4000

*Attorneys for Tianhai Lace Co., Ltd.,*
*Tianhai Lace (Guangdong) Ltd., and*
*Tianhai Lace USA Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIANHAI LACE CO. LTD., TIANHAI LACE (GUANGDONG) LTD. and TIANHAI LACE USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZOETOP BUSINESS CO. LIMITED d/b/a SHEIN; SHEIN DISTRIBUTION CORPORATION; FASHION MARKETING AND MERCHANDISING GROUP, INC.; ROADGET BUSINESS PTE., LTD.; and DOES 1-10, <br><br> Defendants. | Case No. 2:22-cv-6106 <br><br> **COMPLAINT FOR:** <br><br> **(1) COPYRIGHT INFRINGEMENT UNDER THE COPYRIGHT ACT 17 U.S.C. § 101 *ET SEQ.*** <br><br> **(2) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.*** <br><br> **DEMAND FOR JURY TRIAL** |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

Plaintiffs, Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc. (collectively, "Tianhai"), by their undersigned attorneys, allege as follows, upon actual knowledge with respect to themselves and their own acts, and upon information and belief as to all other matters:

## NATURE OF THE ACTION

1.     This is a civil action for copyright infringement under federal law.

2.     Tianhai brings this action seeking preliminary and permanent injunctive relief, lost profits, actual damages (or statutory damages), and attorneys' fees and costs arising out of Defendants' willful infringement of Tianhai's exclusive rights in lace designs.

## THE PARTIES

3.     Plaintiff Tianhai Lace Co., Ltd. is a limited company of China with a principal address at Room 1120, No. 9 Linhe West Road, Tianhe District, Guangzhou City, Guangdong Province, China.

4.     Plaintiff Tianhai Lace (Guangdong) Ltd. is a limited company of China with a principal address at No. 213 Lianuang Road, Economy and Technology Development District, Guangzhou City, Guangdong Province, China.

5.     Plaintiff Tianhai Lace USA Inc. is a corporation of New York with a principal address at 152 Madison Avenue, Room 1103, New York, NY 10016.

6.     Defendant Zoetop Business Co. Limited d/b/a SHEIN ("Zoetop") is a limited company of Hong Kong having places of business at least at Room 11-12, 2/F, Hong Leong Plaza (Phase 1), No. 33 Lok Yip Road, Fanling Hong Kong, and Datang Town Sanshui Industrial Park, Fo Shan, Guangdong 528100, China. Defendant Zoetop owns trademark applications and registrations for the mark SHEIN in connection with clothing, textile, accessories, jewelry, bags, and their online retail sale services with the United States Patent and Trademark Office, namely Registration Nos. 5256688, 5880290, 5840545, 5893348, 5893349, 5893350, 5909109, 6166048, 6166049, 6181709, 6224013, 6224084, and

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

2

COMPLAINT

1    Application Serial Nos. 87857183, 87857188, 88107563, 88107571, 88809710,

2    88400811, under the same address at Room 11-12, 2/F, Hong Leong Plaza (Phase

3    1), No. 33 Lok Yip Road, Fanling Hong Kong.

4          7.     Defendant SHEIN Distribution Corporation ("SHEIN") is a Delaware

5    Corporation having its principal place of business at 345 N. Baldwin Park Blvd.,

6    City of Industry, CA 91746.

7          8.     Defendant Fashion Marketing and Merchandising Group, Inc.

8    ("FMMG"), formerly incorporated as SHEIN Fashion Group, Inc., is a California

9    Corporation having its principal place of business at 345 N. Baldwin Park Blvd.,

10   City of Industry, CA 91746.

11         9.     FMMG was originally incorporated as Shein Fashion Group, Inc. with

12   the State of California on December 22, 2015, as demonstrated by Articles of

13   Incorporation of Shein Fashion Group, Inc., a true and correct copy of which is

14   attached as **Exhibit A**.

15        10.    On November 5, 2019, FMMG removed the word "SHEIN" from its

16   company name in a filing with the State of California, as demonstrated by Secretary

17   of State Certificate of Amendment of Articles of Incorporation, a true and correct

18   copy of which is attached as **Exhibit B**.

19        11.    On December 10, 2019, FMMG disclosed its officers, including

20   George Chiao as its Chief Financial Officer and Valerie Ho as its Secretary, all with

21   the same address of 345 N. Baldwin Park Blvd., City of Industry, CA 91746, as

22   demonstrated by Statement of Information, a true and correct copy of which is

23   attached as **Exhibit C**.

24        12.    A search on the California Secretary of State also confirms that George

25   Chiao is the Chief Executive Officer of Defendant Shein Distribution Corporation,

26   as demonstrated by Statement of Information, a true and correct copy of which is

27   attached as **Exhibit D**.

28        13.    George Chiao signed SHEIN's Statement and Designation by Foreign

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1   Corporation filed with the State of California on May 25, 2021, showing the same
2   address of 345 N. Baldwin Park Blvd., City of Industry, CA 91746.  In this filing,
3   George Chiao represented that he is "a corporate officer and [is] authorized to sign
4   on behalf of the foreign corporation," SHEIN, a true and correct copy of which is
5   attached as **Exhibit E**.  Thus, George Chiao is a corporate officer of both SHEIN
6   and FMMG, both of which have the same address.

7        14.    Defendant Roadget Business Pte. Ltd. ("Roadget") is a company of
8   Singapore with an incorporation address at 112 ROBINSON ROAD, #03-01,
9   ROBINSON 112, Singapore 068902. Upon information and belief, Luo Ying is a
10  registered officer of Roadget and an agent, employee or other representative of
11  SHEIN.

12       15.    Roadget is listed as the developer of the mobile application "SHEIN-
13  Fashion Shipping Online" on Google Play at
14  https://play.google.com/store/apps/details?id=com.zzkko&hl=en and the mobile
15  application "SHEIN-Online Fashion" on App Store at
16  https://itunes.apple.com/us/app/yub-streetwear-fashion-
17  shopping/id878577184?mt=8, a true and correct copy of which is attached as
18  **Exhibit F**.

19       16.    Tianhai's investigations revealed that Defendants sold products that
20  incorporated Tianhai's copyrighted laces off the mobile applications "SHEIN-
21  Fashion Shipping Online" on Google Play and "SHEIN-Online Fashion" on App
22  Store. A true and correct copy of Tianhai's test purchase confirmation is attached as
23  **Exhibit G**.

24
25
26
27
28

**Kendall Brill
& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

4

COMPLAINT

17.   Roadget shipped the products that incorporated Tianhai's copyrighted laces:





A true and correct copy of the shipping label used on products purchased by Tianhai's investigators is attached as **Exhibit H**.

18.   Upon information and belief, Tianhai alleges that Defendants Does 1-10 (the "Does") are unknown persons, firms, entities, or corporations that, directly or indirectly, jointly or severally, willfully undertook, performed, participated in, or engaged in various illegal, unauthorized, and wrongful actions as set forth herein on behalf of or in conspiracy with Zoetop, SHEIN, FMMG and/or Roadget against Tianhai and/or the public, should be enjoined from engaging in such actions and are liable to Tianhai for damages.  The Does' true identities, locations, and residences are currently unknown to Tianhai because, in perpetrating their illegal, unauthorized, and wrongful acts, the Does have intentionally hidden their identities to evade detection.

## JURISDICTION AND VENUE

19.   This is a civil action for injunctive relief and damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

20.   This Court has subject matter jurisdiction over this action pursuant to

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

5

COMPLAINT

1    28 U.S.C. §§ 1331 and 1338(a).

2        21.    This Court has personal jurisdiction over Defendants Zoetop, SHEIN,

3    FMMG, Roadget, and Does (collectively, "Defendants") because Zoetop and

4    FMMG have a principal place of business of 345 N. Baldwin Park Blvd., City of

5    Industry, CA 91746, and Defendants conduct continuous and systematic business in

6    California, including in the Central District of California.  The effect of Defendants'

7    actions arises in multiple districts, including the Central District, and a substantial

8    portion of the events giving rise to the claims herein occurred within this District.

9        22.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 and

10   1400(a), including because the acts of infringement complained of occurred in this

11   District; Defendants are domiciled in this District; Defendants' office and agent can

12   be found in this District; Defendants' unlawful actions were directed from or

13   through computers in this District; and Tianhai has been harmed by Defendants'

14   conduct in this District.

15       23.    Tianhai was previously forced to sue Defendants Zoetop and SHEIN in

16   this Court for infringement of certain Tianhai copyrighted laces and unfair

17   competition, and those Defendants submitted to the jurisdiction and venue of this

18   Court in that action. The parties later entered into a September 27, 2021 Settlement

19   Agreement regarding Defendants' infringement of those Tianhai copyrighted laces.

20   As set forth below, the above Defendants and their related entities Defendants

21   FMMG and Roadget are now engaged in another knowing, willful and pervasive

22   scheme of infringement of additional Tianhai copyrighted laces for which Tianhai is

23   entitled to the relief requested below.

24                          **TIANHAI AND ITS LACE DESIGNS**

25       24.    Since 1988, Tianhai has developed and sold original lace designs,

26   which constitute copyrightable subject matter under 17 U.S.C. § 101 *et seq.*

27   Tianhai owns valid and subsisting U.S. Copyright Office Registrations for its lace

28   designs, including Registration Nos. VA 2-292-705, VA 2-292-703, VA 1-847-129,

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

6

COMPLAINT

VA 1-899-335, VA 1-962-454, VA 1-919-834, VA 2-094-233, VA 1-829-368，VA1-977-168, VA 1-791-176, VA 2-001-929, VA 2-006-175, VA 1-967-086, VA 1-791-259, VA 2-292-697, VA 1-886-767, VA 1-967-083, VA 1-971-360, VA 1-817-862, VA 2-292-701, VA 1-977-161, VA 2-080-794, VA 1-977-358, VA 1-975-235, VA 1-746-489, VA 1-974-881, VA 1-719-661, VA 2-039-301, VA 1-962-508, and VA 1-921-664 (the "U.S. Registered Copyrights").  True and correct copies of Tianhai registrations of the U.S. Registered Copyrights are attached as **Exhibit I**.

25.     Tianhai's copyright registrations for its lace designs predate Defendants' infringement.

26.     Tianhai's lace designs are also registered with the National Institute of Industrial Property of France.

## FACTUAL ALLEGATIONS

27.     For more than thirty (30) years, Tianhai has designed, manufactured, and sold decorative laces.  Since their creation in 1988, Tianhai's lace designs have enjoyed tremendous commercial success in the fashion industry.

28.     Today, Tianhai owns 22,500 lace designs, releases thousands of new lace designs annually, and sells laces in 30 countries.  It has been recognized as one of the best lace designers in the world.

29.     In 2022, Tianhai was awarded the Interfilière Connect by Interfilière New York. *See* https://en.the-lingerie-place.com/brand/tianhai-lace/.

30.     In the same year, Tianhai was awarded the Young Label Awards by Interfilière Shanghai. *Id.*

31.     In July 2022, Curve Los Angeles announced that Tianhai had been chosen for its New York show between July 31 and August 2, 2022 for its new lace designs. *Id.*

32.     In 2017, Tianhai was awarded a Femmy Award by the Under Fashion Club as one of the leading fashion sustainability contributors in the United States.

33.     The Knitting Industry has awarded Tianhai a Skin Friendly Declaration

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

7

COMPLAINT

1   for its lace collection.

2        34.    Tianhai's laces are trusted by knowledgeable consumers not only

3   because of their best-in-class quality, but also for the care and expertise that Tianhai

4   has taken in designing the lace patterns and supplying the laces for many well-

5   known fashion brands, including Versace, Victoria's Secret, Zara, H&M, BCBG,

6   Wacoal, and Marks & Spencer.

7   **DEFENDANTS AND THEIR WRONGFUL ACTS**

8        35.    Defendants operate a website at www.shein.com, accounts on e-

9   commerce platforms including www.amazon.com, and mobile applications on

10   Google Play and App Store to advertise, promote, and sell apparel, accessories, pet

11   products, stationary, electronics, and home decorations.

12        36.    Defendants syndicate paid content through www.google.com and

13   GMAIL®, and advertise, market, and promote that content through social media

14   accounts on YouTube®, Twitter®, Facebook®, Instagram®, Pinterest®, Snap

15   Chat®, and TikTok®.  True and correct copies of screenshots of Defendants' social

16   media accounts are attached as **Exhibit J**.

17        37.    Defendants have made available a category of apparel products

18   identified as "Lace" on their website.  True and correct copies of screenshots of

19   Defendants' webpages of "Lace" are attached as **Exhibit K**.

20        38.    Tianhai recently discovered that Defendants have systematically and

21   without authorization reproduced, displayed, distributed, created derivative works

22   of, and otherwise infringed Tianhai's lace designs and offered for sale and sold

23   those infringing copies to third parties.

24        39.    Defendants had, and continue to have, access to Tianhai's lace designs

25   because, among other things, images of the Tianhai lace designs are available on

26   Tianhai's website and in its catalogs, and because Tianhai's laces are used by

27   numerous clothing manufacturers that sell finished products to the public.

28        40.    Defendants' products are virtually identical to, or at least substantially

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

similar to, Tianhai's copyrighted lace designs, as shown in the chart below:

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  | | VA 2-292-705 |
| | | VA 2-292-703 |
| | | VA 1-847-129 |
|  |  | VA 1-899-335 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

9
COMPLAINT

| | | | |
|---|---|---|---|
| | | | |
|  |  |  | VA 1-962-454 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

10

COMPLAINT

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 1-919-834 |
|  |  | VA 2-094-233 |
|  |  | VA 1-829-368 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA1-977-168 |
|  |  | VA 1-791-176 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 2-001-929 |
|  |  | VA 2-006-175 |
|  |  | VA 1-967-086 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 1-791-259 |
|  |  | VA 2-292-697 |
|  |  | VA 1-886-767 |
|  |  | VA 1-967-083 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

14
COMPLAINT

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 1-971-360 |
|  |  | VA 1-817-862 |
|  |  | VA 1-719-661 |
|  |  | VA 1-977-161 |

603352334

COMPLAINT

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 2-080-794 |
|  |  | VA 1-977-358 |
|  |  | VA2-304-119 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 1-746-489 |
|  |  | VA 1-974-881 |
|  |  | VA 1-962-508 |
|  |  | VA 2-039-301 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

17
COMPLAINT

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 1-921-664 |

True and accurate photos of the pirated products received are attached as **Exhibit L**.

41.     As shown above, between February 2022 and August 2022, Tianhai's investigators placed multiple orders for fifty-two (52) products from www.shein.com and from Defendants' SHEIN-branded mobile applications (collectively, the "New Infringement Activities").  Each of these products consisted of or featured exact or nearly identical copies of Tianhai's lace designs.  None of the laces were genuine Tianhai products.

42.     Tianhai's test purchases from www.shein.com and the SHEIN-branded mobile applications of clothing products that contained the infringing lace designs were shipped from Defendant FMMG's business address and/or labeled with Defendant Roadget as the shipper.

43.     Previously on June 29, 2021, Tianhai filed Case No. 2:21-cv-05295 with this Court against Defendants Zoetop and SHEIN for Defendants' unauthorized use of  nineteen (19) Tianhai copyrighted lace designs on twenty-six (26) products.

44.     Following settlement, on October 11, 2021, the Parties stipulated to dismiss Case No. 2:21-cv-05295 pursuant to F. R. Civ. P. 41(a)(1)(A)(ii).

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

45.     In February 2022, less than half a year after the dismissal, Tianhai discovered new products offered for sale or sold by Defendants through their website at www.shein.com and mobile applications that infringed Tianhai's copyrights.

46.     Tianhai immediately notified Defendants in writing, demanding that Defendants immediately cease its New Infringement Activities.  A true and accurate copy of the email notice and its English translation is attached as **Exhibit M**.

47.     Notably, all of Defendants' New Infringement Activities relate to *new* products that infringed Tianhai's *other* lace designs *not* identified in Case No. 2:21-cv-05295.

48.     Despite Tianhai's multiple attempts to resolve the matter over a period of multiple months, Defendants never responded.

49.     From February to August 2022, Tianhai continued to discover that Defendants were continuing their New Infringement Activities.

50.     Defendants continued selling clothes bearing unauthorized copies of Tianhai's laces that were identified above in this complaint.

51.     Tianhai's investigations of these products sold by Defendants again established that none of the laces used by Defendants are genuine Tianhai laces.

52.     As of today, Defendants have not taken any action to resolve or address the New Infringement Activities with Tianhai, or to respond to Tianhai in any way.

53.     Defendants' infringement has at all times been knowing, intentional and willful.

54.     Defendants have attempted to hide their continuing piracy of Tianhai's lace designs by constantly changing URLs on which their infringing products are sold, by using different street addresses, and by incorporating different entities (including the new entity Roadget that is incorporated in Singapore but operating in China as shown on its product shipping labels).  In short, Defendants have been using a recurring "whack-a-mole" game strategy to avoid Tianhai's enforcement

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

19

COMPLAINT

efforts.

55.   Upon information and belief, all of the Defendants are part of the same ongoing piracy scheme as evidenced by the fact that they share employees, agents, officers and other representatives who actively participate in or exercise control over the New Infringement Activities..

## INJURY TO TIANHAI

56.   Defendants' willful and pervasive infringement of Tianhai's lace designs, protected by the U.S. Registered Copyrights, has caused Tianhai to lose sales because Defendants did not purchase genuine Tianhai lace for use in their products.

57.   Defendants' willful and pervasive infringement of Tianhai's lace designs, protected by the U.S. Registered Copyrights, has caused Tianhai to lose licensing income because Defendants are not authorized licensees, and paid no royalties or licensing fees for the right to reproduce Tianhai's copyrighted designs.

58.   Defendants' infringement of Tianhai's lace designs has damaged and irreparably injured Tianhai and, if permitted to continue, will further damage and irreparably injure Tianhai.

## FIRST CLAIM FOR RELIEF
## Copyright Infringement Under the Copyright Act
## 17 U.S.C. § 101 *et seq.*

59.   Tianhai hereby re-alleges and incorporates by reference each of the foregoing paragraphs and other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

60.   At all relevant times, Tianhai has been the holder of the exclusive rights in its lace designs, which are subject to copyright protection in the United States, as evidenced by the U.S. Copyright Registrations.

61.   At all relevant times, Defendants had access to Tianhai's lace designs.

62.   Defendants, without authorization, reproduced, distributed, displayed,

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

20

COMPLAINT

created derivative works of, and otherwise infringed Tianhai's lace designs as described herein in willful violation of Tianhai's rights under the Copyright Act.

63.    At all relevant times, Tianhai's actions have been willful and undertaken with full knowledge of, and/or reckless disregard for, Tianhai's rights.

64.    Tianhai has suffered actual monetary damages and incurred significant costs as a direct and proximate result of Defendants' direct and willful infringement of Tianhai's copyrights.

## SECOND CLAIM FOR RELIEF
## Unfair Competition Under
## Cal. Bus. & Prof. Code §§ 17200 *et seq.*

65.    Tianhai hereby re-alleges and incorporates by reference each of the foregoing paragraphs and other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

66.    Tianhai brings this cause of action pursuant to the "unlawful" prong, the "unfair" prong, and the "fraudulent business acts and practices" prong of Cal. Bus. & Prof. Code §§ 17200 *et seq.*

67.    Defendants have engaged in unlawful, unfair, and fraudulent business acts or practices.

68.    Defendants have disseminated unfair, deceptive, untrue, and misleading advertising featuring photos of Tianhai's copyrighted laces as if the laces sold by Defendants were made, licensed, endorsed or somehow authorized by Tianhai.

69.    Defendants have engaged in unlawful, unfair, and fraudulent business acts or practices by making pirated laces developed and sold by Tianhai while removing all references to Tianhai, and by infringing Tianhai's copyrights through the sales and advertising of Defendants' products.

70.    Tianhai's lace designs are only in the rightful possession of Tianhai and its customers.

71.    Defendants pirated Tianhai's laces by making fake laces using the

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

21

COMPLAINT

1  identical lace designs registered by Tianhai with the U.S. Copyright Office and the
2  National Institute of Industrial Property of France.

3      72.  Defendants knew, or should have known, the differences between the
4  genuine laces developed and sold by Tianhai and Defendants' pirated laces, but
5  made no effort to distinguish between them when uploading images of the New
6  Infringement Activities to their websites, mass email advertisements, paid
7  advertisements, social media accounts, accounts on e-commerce websites, and on
8  mobile applications, before they disseminated such New Infringement Activities to
9  the public.

10     73.  Defendants knew, or should have known, the differences between the
11  genuine laces developed and sold by Tianhai and Defendants' pirated laces, but
12  made no effort to distinguish between them before using the pirated laces as
13  decorations on their apparel and accessory products for sales to the public.

14     74.  Tianhai has suffered actual harm and incurred significant costs as a
15  direct and proximate result of Defendants' piracy and infringement.

16     75.  The public was deceived into purchasing Defendants' products,
17  mistakenly believing that they had purchased genuine lace, when in fact the lace
18  design, and the New Infringement Activities used in sales, were pirated.  As a result,
19  Tianhai lost customers to Defendants.

20     76.  Such deception substantially contributes to and encourages activities
21  that directly harm, or are likely to harm, Tianhai and/or the public.

## PRAYER FOR RELIEF

23     WHEREFORE, Tianhai requests that this Court enter judgment in its favor on
24  each and every claim for relief set forth above and award it relief including, but not
25  limited to, the following:

26     A. A judgment declaring that Defendants' unauthorized reproduction,
27         distribution, display, or creation of derivative works of Tianhai's lace
28         designs constitutes copyright infringement, as detailed above;

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

22

COMPLAINT

B. An award of statutory damages to Tianhai under 17 U.S.C. § 504(c) for willful copyright infringement or, at Tianhai's election, under 17 U.S.C. § 504(b), an award of actual damages to Tianhai, Defendants' profits from infringement, and prejudgment and post-judgment interest, in an amount to be determined at trial;

C. An award to Tianhai of attorneys' fees and costs under 17 U.S.C. § 505;

D. An injunction enjoining Defendants and their subsidiaries, affiliates, related companies, their officers, agents, employees, and all persons acting in concert with them from any and all sale, reproduction, distribution, display, or creation of derivative works substantially similar to any Tianhai lace design;

E. Pursuant to 17 U.S.C. § 503, an order for the impoundment and destruction of all infringing products and materials, including but not limited to accessories, laces, fabrics, textile products, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody, or control bearing any design or pattern identical or substantially similar to Tianhai's copyright lace designs;

F. A judgment that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession, custody or control that rightfully belong to Tianhai;

G. A judgment directing Defendants to, within thirty (30) days after the entry of the injunction, file with this Court and serve on Tianhai's attorneys a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction; and

H. Any further relief, as permitted by law and as the Court may deem just and appropriate.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334                                    23
                                    COMPLAINT

1

2   DATED:  August  26, 2022          KENDALL BRILL & KELLY LLP

3

4                                          By:    _/s/ Alan Jay Weil_
                                                  Alan Jay Weil
5

6                                          FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, LLP
7                                          Morgan E. Smith (SBN 293503)
                                           B. Brett Heavner (*pro hac vice*)
8                                          Yinfei Wu (*pro hac vice*)

9
                                           *Attorneys for Tianhai Lace Co., Ltd.,*
10                                         *Tianhai Lace (Guangdong) Ltd., and*
                                           *Tianhai Lace USA Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603352334

COMPLAINT

# **DEMAND FOR JURY TRIAL**

Plaintiffs, Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc. hereby demand a trial by jury of all issues so triable.

DATED:  August  26, 2022          KENDALL BRILL & KELLY LLP


By:   _/s/ Alan Jay Weil_
      Alan Jay Weil

      FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
      Morgan E. Smith (SBN 293503)
      B. Brett Heavner (admitted _pro hac vice_)
      Yinfei Wu (admitted _pro hac vice_)

      _Attorneys for Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc._