1  KENDALL BRILL & KELLY LLP
   Alan Jay Weil (63153)
2    *ajweil@kbkfirm.com*
   Chelsea S. Anderson (316580)
3    *canderson@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California 90067
   Telephone: 310.556.2700
5  Facsimile: 310.556.2705

6  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
7  Morgan E. Smith (SBN 293503)
     *morgan.smith@finnegan.com*
8  B. Brett Heavner (admitted *pro hac vice*)
     *b.brett.heavner@finnegan.com*
9  Yinfei Wu (admitted *pro hac vice*)
     *yinfei.wu@finnegan.com*
10 901 New York Avenue NW
   Washington, DC 20001
11 Telephone: (202) 408-4000

12 *Attorneys for Tianhai Lace Co., Ltd.,*
13 *Tianhai Lace (Guangdong) Ltd., and*
   *Tianhai Lace USA Inc.*
14

15              **UNITED STATES DISTRICT COURT**

16      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

17

18 TIANHAI LACE CO. LTD., TIANHAI          Case No. 2:22-cv-06106-JLS-MRWx
   LACE (GUANGDONG) LTD. and
19 TIANHAI LACE USA INC.,                  **SECOND AMENDED COMPLAINT
                                           FOR:**
20        Plaintiffs,
                                           **COPYRIGHT INFRINGEMENT
21        v.                               UNDER THE COPYRIGHT ACT 17
                                           U.S.C. § 101 *ET SEQ.***
22 ZOETOP BUSINESS CO. LIMITED
   d/b/a SHEIN; SHEIN DISTRIBUTION
23 CORPORATION; FASHION                    **DEMAND FOR JURY TRIAL**
   MARKETING AND
24 MERCHANDISING GROUP, INC.;
   ROADGET BUSINESS PTE., LTD.;
25 STYLE LINK LOGISTICS, LLC; and
   DOES 1-10,
26
27        Defendants.
28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248
                              1
                    SECOND AMENDED COMPLAINT

Plaintiffs, Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc. (collectively, "Tianhai"), by their undersigned attorneys, allege as follows, upon actual knowledge with respect to themselves and their own acts, and upon information and belief as to all other matters:

## NATURE OF THE ACTION

1.     This is a civil action for copyright infringement under federal law.

2.     Tianhai brings this action seeking injunctive relief, lost profits, actual damages (or statutory damages), and attorneys' fees and costs arising out of Defendants' willful infringement of Tianhai's exclusive rights in lace designs.

## PLAINTIFFS

3.     Plaintiff Tianhai Lace Co., Ltd. is a limited company of China with a principal address at Room 1120, No. 9 Linhe West Road, Tianhe District, Guangzhou City, Guangdong Province, China.

4.     Plaintiff Tianhai Lace (Guangdong) Ltd. is a limited company of China with a principal address at No. 213 Lianuang Road, Economy and Technology Development District, Guangzhou City, Guangdong Province, China.

5.     Plaintiff Tianhai Lace USA Inc. is a corporation of New York with a principal address at 152 Madison Avenue, Room 1103, New York, NY 10016.

## DEFENDANTS

6.     Defendant Zoetop Business Co. Limited d/b/a SHEIN ("Zoetop") is a limited company of Hong Kong having places of business at least at Room 11-12, 2/F, Hong Leong Plaza (Phase 1), No. 33 Lok Yip Road, Fanling Hong Kong, and Datang Town Sanshui Industrial Park, Fo Shan, Guangdong 528100, China.

7.     Defendant SHEIN Distribution Corporation ("SHEIN") is a Delaware corporation having its principal place of business at 345 N. Baldwin Park Blvd., City of Industry, CA 91746.

8.     Defendant Fashion Marketing and Merchandising Group, Inc. ("FMMG"), formerly incorporated as SHEIN Fashion Group, Inc., is a California

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

2

SECOND AMENDED COMPLAINT

corporation having its principal place of business at 345 N. Baldwin Park Blvd., City of Industry, CA 91746.

9.    Defendant Roadget Business Pte. Ltd. ("Roadget") is a company of Singapore with an incorporation address at 112 ROBINSON ROAD, #03-01, ROBINSON 112, Singapore 068902. Upon information and belief, Luo Ying is a registered officer of Roadget and an agent, employee or other representative of SHEIN.

10.    Defendant Style Link Logistics, LLC ("Style Link") is a limited liability company of Indiana, which is registered to do business in California with the address of 345 N. Baldwin Park Blvd., City of Industry, CA 91746.

11.    Upon information and belief, Tianhai alleges that Defendants Does 1-10 (the "Does") are unknown persons, firms, entities, or corporations that, directly or indirectly, jointly or severally, willfully undertook, performed, participated in, or engaged in various illegal, unauthorized, and wrongful actions as set forth herein on behalf of or in conspiracy with Zoetop, SHEIN, FMMG, Roadget, and/or Style Link against Tianhai and/or the public, should be enjoined from engaging in such actions, and are liable to Tianhai for damages.  The Does' true identities, locations, and residences are currently unknown to Tianhai because, in perpetrating their illegal, unauthorized, and wrongful acts, the Does have intentionally hidden their identities to evade detection.

## JURISDICTION AND VENUE

12.    This is a civil action for injunctive relief and damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

13.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

14.    This Court has personal jurisdiction over Defendants SHEIN, FMMG, and Does because Defendants SHEIN and FMMG have principal places of business in this District (345 N. Baldwin Park Blvd., City of Industry, CA 91746), and

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

3

SECOND AMENDED COMPLAINT

Defendants SHEIN, FMMG, and Does conduct continuous and systematic business in California, including by maintaining places of business and renting a storage facility to sell and transport the infringing products complained of in and to the Central District of California.  The effect of SHEIN's, FMMG's, and Does actions arises in multiple districts, including the ports of Los Angeles and Long Beach in the Central District, and a substantial portion of the events giving rise to the claims herein occurred within this District.

15.    This Court has personal jurisdiction over Defendants Zoetop and Does because Defendants Zoetop and Does sold products complained of into the U.S. and/or solicited a significant amount of businesses from the U.S. under the trademark SHEIN, including within this District.

16.    This Court has personal jurisdiction over Defendant Roadget because Defendant Roadget operates websites and mobile applications to purposefully solicit business from the U.S., including within this District, and offers, sells, imports, and transports a substantial amount of products, including the infringing products complained of, to the U.S., including in and through this District.

17.    This Court has personal jurisdiction over Defendant Style Link because Defendant Style Link has a principal place of business in this District, and imports or transports products, including the infringing products complained of to the U.S., including in and through this District, for Defendants Roadget and SHEIN.

18.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 and 1400(a), including because the acts of infringement complained of occurred in this District; Defendants are domiciled in this District; Defendants' officers and agents can be found in this District; Defendants' unlawful actions were directed from or through computers in this District; and Tianhai has been harmed by Defendants' conduct in this District.

19.    Tianhai was previously forced to sue Defendants Zoetop and SHEIN in this Court for infringement of certain Tianhai copyrighted laces and unfair

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

1   competition, and those Defendants submitted to the jurisdiction and venue of this

2   Court in that action. The parties later entered into a September 27, 2021 Settlement

3   Agreement regarding Defendants' infringement of those Tianhai copyrighted laces.

4   As set forth below, the above Defendants and their related entities (Defendants

5   FMMG, Roadget, and Style Link) are now engaged in another knowing, willful and

6   pervasive copyright infringement scheme of additional Tianhai copyrighted laces for

7   which Tianhai is entitled to the relief requested below.

8                    **TIANHAI AND ITS LACE DESIGNS**

9        20.    Since 1988, Tianhai has developed and sold original lace designs,

10  which constitute copyrightable subject matter under 17 U.S.C. § 101 *et seq.*

11       21.    Tianhai owns valid and subsisting U.S. Copyright Office Registrations

12  for its lace designs, including Registration Nos. VA 2-292-705, VA 2-292-703, VA

13  1-847-129, VA 1-899-335, VA 1-962-454, VA 1-919-834, VA 2-094-233, VA 1-

14  829-368，VA1-977-168, VA 1-791-176, VA 2-001-929, VA 2-006-175, VA 1-967-

15  086, VA 1-791-259, VA 2-292-697, VA 1-886-767, VA 1-967-083, VA 1-971-360,

16  VA 1-817-862, VA 2-292-701, VA 1-977-161, VA 2-080-794, VA 1-977-358, VA

17  1-975-235, VA 1-746-489, VA 1-974-881, VA 1-719-661, VA 2-039-301, VA 1-

18  962-508, and VA 1-921-664 (the "U.S. Registered Copyrights"). True and correct

19  copies of Tianhai registrations of the U.S. Registered Copyrights are attached as

20  **Exhibit I**.

21       22.    Tianhai's copyright registrations for its lace designs predate

22  Defendants' infringement.

23       23.    Tianhai's lace designs are also registered with the National Institute of

24  Industrial Property of France.

25       24.    For more than thirty (30) years, Tianhai has designed, manufactured,

26  and sold decorative laces. Since their creation in 1988, Tianhai's lace designs have

27  enjoyed tremendous commercial success in the fashion industry.

28       25.    Today, Tianhai owns 22,500 lace designs, releases thousands of new

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  lace designs annually, and sells laces in 30 countries.  It has been recognized as one

2  of the best lace designers in the world.

3      26.    In 2022, Tianhai was awarded the Interfilière Connect by Interfilière

4  New York. *See* https://en.the-lingerie-place.com/brand/tianhai-lace/.

5      27.    In the same year, Tianhai was awarded the Young Label Awards by

6  Interfilière Shanghai.

7      28.    In July 2022, Curve Los Angeles announced that Tianhai had been

8  chosen for its New York show between July 31 and August 2, 2022 for its new lace

9  designs.

10     29.    In 2017, Tianhai was awarded a Femmy Award by the Under Fashion

11  Club as one of the leading fashion sustainability contributors in the United States.

12     30.    The Knitting Industry has awarded Tianhai a Skin Friendly Declaration

13  for its lace collection.

14     31.    Tianhai's laces are trusted by knowledgeable consumers not only

15  because of their best-in-class quality, but also for the care and expertise that Tianhai

16  has taken in designing the lace patterns and supplying the laces for many well-

17  known fashion brands, including Versace, Victoria's Secret, Zara, H&M, BCBG,

18  Wacoal, and Marks & Spencer.

19              **DEFENDANTS AND THEIR WRONGFUL ACTS**

20     32.    Tianhai recently discovered that Defendants have systematically and

21  without authorization reproduced, displayed, distributed, created derivative works

22  of, and otherwise infringed Tianhai's lace designs and offered for sale and sold

23  those infringing copies to third parties.

24     33.    The infringing products complained of in this action that were made

25  available by all Defendants are virtually identical to, or at least substantially similar

26  to, Tianhai's copyrighted lace designs, as shown in the chart below:

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

6

SECOND AMENDED COMPLAINT

| Tianhai's Registered Lace Design | Defendants' New Infringement Activities | Tianhai's Copyright Registration |
|---|---|---|
|  |  | VA 2-292-705 |
|  |  | VA 2-292-703 |
|  |  | VA 1-847-129 |
|  |  | VA 1-899-335 |
|  |  | VA 1-962-454 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



| | | VA 1-919-834 |
| | | VA 2-094-233 |
| | | VA 1-829-368 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248                                      8
                              SECOND AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



| | | VA1-977-168 |
| | | VA 1-791-176 |
| | | VA 2-001-929 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248    9
SECOND AMENDED COMPLAINT



SECOND AMENDED COMPLAINT

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067



| | | | VA 1-886-767 |
| | | | VA 1-967-083 |
| | | | VA 1-971-360 |
| | | | VA 1-817-862 |
| | | | VA 1-719-661 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067



| | | | VA 1-977-161 |
| | | | VA 2-080-794 |
| | | | VA 1-977-358 |
| | | | VA2-304-119 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067



| | | VA 1-746-489 |
|---|---|---|
| | | VA 1-974-881 |
| | | VA 1-962-508 |
| | | VA 2-039-301 |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

| | | VA 1-921-664 |
|---|---|---|
|  | | |

True and accurate photos of the pirated products received are attached as **Exhibit L**.

34.     As shown above, between February 2022 and August 2022, Tianhai's investigators placed multiple orders for fifty-two (52) products from www.shein.com and from Defendants' SHEIN-branded mobile applications (collectively, the "New Infringement Activities"). Each of these products consisted of or featured exact or nearly identical copies of Tianhai's lace designs. None of the laces were genuine Tianhai products.

35.     Tianhai's test purchases from www.shein.com and the SHEIN-branded mobile applications of clothing products that contained the infringing lace designs were marketed with FMMG, imported by Roadget, forwarded to a storage facility rented by SHEIN in City of Industry, using the business address at 345 N. Baldwin Park Blvd., City of Industry, CA 91746 that is also used by Defendants SHEIN and FMMG with the State of California, and ultimately were packaged, processed, and shipped to the purchaser by Defendant Style Link.

36.     Previously on June 29, 2021, Tianhai filed Case No. 2:21-cv-05295 with this Court against Defendants Zoetop and SHEIN for Defendants' unauthorized use of nineteen (19) Tianhai copyrighted lace designs on twenty-six (26) products.

37.     Following settlement, on October 11, 2021, the Parties stipulated to dismiss Case No. 2:21-cv-05295 pursuant to F. R. Civ. P. 41 (a)(1)(A)(ii).

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248
14
SECOND AMENDED COMPLAINT

38.     In February 2022, less than half a year after the dismissal, Tianhai discovered new products offered for sale or sold by Defendants through their website at www.shein.com and mobile applications that infringed Tianhai's copyrights.

39.     Tianhai immediately notified Defendants in writing, demanding that Defendants immediately cease its New Infringement Activities.  A true and accurate copy of the email notice and its English translation is attached as **Exhibit M**.

40.     Notably, all of Defendants' New Infringement Activities relate to *new* products that infringed Tianhai's *other* lace designs *not* identified in Case No. 2:21-cv-05295.

41.     Despite Tianhai's multiple attempts to resolve the matter over a period of multiple months, Defendants never responded.

42.     From February to August 2022, Tianhai continued to discover that Defendants were continuing their New Infringing Activities.

43.     Defendants continued marketing, advertising, and selling clothes bearing unauthorized copies of Tianhai's laces that were identified above in this complaint.

44.     Tianhai's investigations of these products sold by Defendants again established that none of the laces used by Defendants are genuine Tianhai laces.

45.     As of today, Defendants have not taken any action to resolve or address the New Infringement Activities with Tianhai, or to respond to Tianhai in any way.

46.     All of Defendants' infringement has at all times been knowing, intentional and willful.

47.     Defendants have attempted to hide their continuing piracy of Tianhai's lace designs by constantly changing URLs on which their infringing products are sold, by using different street addresses, and by incorporating different entities (including the new entity Roadget that is incorporated in Singapore but operating in China as shown on its product shipping labels).  In short, Defendants have been

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

15

SECOND AMENDED COMPLAINT

using a recurring "whack-a-mole" game strategy to avoid Tianhai's enforcement efforts.

**DEFENDANTS AND THEIR COPYRIGHT INFRINGEMENT SCHEME**

48.     Defendants Zoetop, SHEIN, FMMG, Roadget, and Style Link actively engaged in a continuous, knowing, willful, and pervasive scheme of infringement of Plaintiffs' copyrighted lace designs (the "Copyright Infringement Scheme").

49.     Defendant Zoetop registered SHEIN trademarks with the United States Patent and Trademark Office for the other Defendants to use.

50.     Under that license from Defendant Zoetop, Defendant SHEIN operated the website at www.shein.com, and Defendant Roadget operated the website www.us.shein.com and the SHEIN-branded mobile applications, from which Plaintiffs test purchased the infringing products containing Plaintiffs' copyrighted lace designs.

51.     Defendant Roadget routinely imported and shipped these infringing products to Defendant Style Link.

52.     Upon information and belief, Defendant Style Link performed logistics, packaging, distributing and order fulfillment tasks with respect to the infringing products for Defendants SHEIN and Roadget.

53.     FMMG functioned as the business coordinator, maintaining a business address with the State of California and U.S. Customs, for importation of the infringing products through ports in this District.  It also provided digital marketing and advertising services to Defendant SHEIN.

54.     All Defendants had, and continue to have, access to Tianhai's lace designs because, among other things, images of the Tianhai lace designs are available on Tianhai's website and in its catalogs, through Defendants' prior business communications with Plaintiffs, and because Tianhai's laces are used by numerous clothing manufacturers that sell finished products to the public.

**<u>DEFENDANT ZOETOP</u>**

55.    As part of the Copyright Infringement Scheme, Defendant Zoetop licensed use of its registered trademarks to Defendants SHEIN and Roadget for use in the operation of the websites www.shein.com and www.us.shein.com, as well as the SHEIN-branded mobile applications, from which Plaintiffs test purchased the infringing products.

56.    Specifically, Defendant Zoetop owned trademark applications and registrations for the mark SHEIN in connection with clothing, textiles, accessories, jewelry, bags, and online retail services with the United States Patent and Trademark Office, namely Registration Nos. 5256688, 5880290, 5840545, 5893348, 5893349, 5893350, 5909109, 6166048, 6166049, 6181709, 6224013, 6224084, and Application Serial Nos. 87857183, 87857188, 88107563, 88107571, 88809710, 88400811, under the same address at Room 11-12, 2/F, Hong Leong Plaza (Phase 1), No. 33 Lok Yip Road, Fanling Hong Kong.

57.    All the aforementioned applications and registrations, with the exception of U.S. App. No. 88809710, have been assigned to Defendant Roadget.

58.    Defendant Zoetop also sells and/or sold apparel and accessories in U.S. commerce under the mark SHEIN, which incorporates and/or incorporated Tianhai's copyrighted laces.

59.    On October 5, 2022, Defendant SHEIN and Defendant Zoetop signed an Assurance of Discontinuance ("Assurance") with the State of New York related to Defendant Zoetop's improper handling of a data breach that compromised the personal information of its customers.  **<u>Exhibit S.</u>**

60.    The Assurance indicates that Defendant SHEIN and Zoetop were required to pay the State of New York $1.9 million in penalties and costs due to Zoetop's improper handling of customer information.  **<u>Exhibit AH</u>**.

61.    All communications related to the Assurance as to Defendants SHEIN and Zoetop are to be sent to Defendant SHEIN's General Counsel.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

17

SECOND AMENDED COMPLAINT

62.    The Assurance was signed by Valerie Ho, corporate secretary and general counsel of Defendant SHEIN.

63.    The Assurance indicates that Defendant SHEIN is liable for the debts of Defendant Zoetop. **Exhibit AH**.

64.    Upon information and belief, Defendant Zoetop shares the same corporate employees as Defendant SHEIN.

65.    Upon information and belief, Defendant Zoetop shares the identical equitable ownership as Defendant SHEIN and the other Defendants in this case.

66.    Upon information and belief, Defendant Zoetop has commingled funds with Defendant SHEIN and other Defendants in this case.

67.    Upon information and belief, Defendant Zoetop has not observed corporate formalities to distinguish itself as an independent entity.

68.    If the acts of the Defendant SHEIN and the other Defendants are attributed to them alone and not also Zoetop, an inequitable result will follow.

## **DEFENDANT SHEIN**

69.    Defendant SHEIN participated in the Copyright Infringement Scheme as a manufacturer and distributor of infringing products featuring Tianhai's lace designs.  Defendant SHEIN also functioned as the website operator that enabled the sale of infringing products featuring Tianhai's lace designs.

70.    In particular, Defendant SHEIN uses the website at www.shein.com and "any mobile applications" to "sell products" to U.S. consumers, as well as to "collect payment and process" returns by U.S. consumers.  These products include the infringing products that were test purchased by Plaintiffs' investigators. A true and correct copy of the SHEIN U.S. Terms and Conditions is attached as **Exhibit N**.

71.    Defendant SHEIN uses the websites at www.shein.com and www.us.shein.com, accounts on e-commerce platforms including www.amazon.com, and mobile applications on Google Play and App Store to advertise, promote, and sell apparel, accessories, pet products, stationary,

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  electronics, and home decorations.

2      72.     A true and correct copy of Customs database details through the ports

3  of Los Angeles and Long Beach, California and a graphic chart outlining the

4  relationships between Defendants Style Link, Roadget, and SHEIN from

5  ImportGenius is attached as **Exhibit R**.  Notably, **Exhibit R** shows that Defendant

6  SHEIN participated in the shipment of a variety of garments that, upon information

7  and belief, included infringing products featuring Tianhai's lace designs.

8      73.     Further, **Exhibit T** shows that Defendant SHEIN consigned numerous

9  shipments of garments that were shipped by Defendant Roadget.  Upon information

10  and belief, these shipments included infringing products featuring Tianhai's lace

11  designs.

12      74.     A search on the California Secretary of State website also confirms that

13  George Chiao is the Chief Executive Officer of Defendant Shein Distribution

14  Corporation, as demonstrated by Statement of Information, a true and correct copy

15  of which is attached as **Exhibit D**.  George Chiao has also been identified as U.S.

16  President of Defendant SHEIN.  **Exhibit AI**.

17      75.     George Chiao signed SHEIN's Statement and Designation by Foreign

18  Corporation filed with the State of California on May 25, 2021, showing the same

19  address of 345 N. Baldwin Park Blvd., City of Industry, CA 91746.  In this filing,

20  George Chiao represented that he is "a corporate officer and [is] authorized to sign

21  on behalf of the foreign corporation" SHEIN, a true and correct copy of which is

22  attached as **Exhibit E**.

23      76.     As noted above, on October 5, 2022, Defendant SHEIN and Defendant

24  Zoetop signed an Assurance with the State of New York related to the improper

25  handling of a data breach that compromised the personal information of its

26  customers.  **Exhibit S**.

27      77.     The Assurance indicates that Defendant SHEIN and Zoetop were

28  required to pay the State of New York $1.9 million in penalties and costs.  The

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

SECOND AMENDED COMPLAINT

1  Assurance indicates that Defendant SHEIN is liable for the debts of Defendant

2  Zoetop. **Exhibit AH**.

3      78.    Further, the LinkedIn page of Jasmine Zhao Johnson identifies

4  Defendant SHEIN as her most recent employer.  She was previously employed by

5  Shein and Defendant FMMG.  Upon information and belief, Jasmine Zhao Johnson

6  is an employee of Defendants SHEIN and FMMG. **Exhibit U**.

7                          **DEFENDANT FMMG**

8      79.    Tianhai's investigations showed that FMMG's role in the Copyright

9  Infringement Scheme was to provide digital marketing and advertising services to

10  Defendant SHEIN for the infringing products containing Tianhai's copyrighted lace

11  designs complained of in this action.

12      80.    Specifically, FMMG describes itself as a "complete digital marketing

13  agency based in Los Angeles" with a website at www.fmmg.us on its LinkedIn

14  webpage at https://www.linkedin.com/company/fashion-marketing-merchandising-

15  group-inc/about/.  A true and correct printout of FMMG's LinkedIn "About"

16  webpage is attached as **Exhibit V**.

17      81.    FMMG's LinkedIn webpage states that "We help you create moments

18  that inspire and innovate through effective marketing campaigns, digital strategy,

19  and full-fledged branding experiences." **Exhibit V**.

20      82.    Internet archives showed that FMMG's website at www.fmmg.us listed

21  "SHEIN" as one of its clients for which FMMG provided branding and marketing

22  services on and before December 28, 2021:



Fashion Marketing &
Merchandising Group

Real People. Real Results

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



23  (https://web.archive.org/web/20211228161839/https://www.fmmg.us/).  A true and

24  correct printout of the Internet archive of www.fmmg.us is attached as **Exhibit W**.

25      83.    All of the brands referenced on FMMG's web site (e.g., SHEIN,

26  ROMWE, CUCCOO, and SOULFEEL) are owned or used by Defendant SHEIN or

27  other Defendants in this case.  On information and belief FMMG only provided

28  services to other Defendants or companies controlled by other Defendants in this

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  case.

2      84.    Tianhai's investigations showed that Defendant FMMG syndicated

3  paid content through www.google.com and GMAIL to advertise, market, and

4  promote that content, which contained images of the infringing products complained

5  of in this action, through digital newsletters and social media accounts for other

6  Defendants, including Defendant SHEIN.  True and correct copies of screenshots of

7  Defendants' social media accounts are attached as **Exhibit J**.

8      85.    Defendants have made available a category of apparel products

9  identified as "Lace" on their website. True and correct copies of screenshots of

10  Defendants' webpages of "Lace" are attached as **Exhibit K**.

11      86.    FMMG knew that the SHEIN-branded products being marketed were

12  infringing because it operated out of the same business address at 345 N. Baldwin

13  Park Blvd., City of Industry, CA 91746 and had the same officers and employees as

14  Defendant SHEIN that directly manufactured the infringing products.

15      87.    FMMG is directly liable as an infringer because it is a participant in the

16  chain of promotion and distribution for the infringing products complained of in this

17  action.

18      88.    Upon information and belief FMMG was at all relevant times an alter

19  ego of one or more of its co-Defendants SHEIN, Zoetop, Roadget, and Style Link

20  with a unity of interest and ownership such that the separate personalities of the

21  corporations no longer exist.

22      89.    FMMG was originally incorporated as Shein Fashion Group, Inc. with

23  the State of California on December 22, 2015, as demonstrated by Articles of

24  Incorporation of Shein Fashion Group, Inc., a true and correct copy of which is

25  attached as **Exhibit A**.

26      90.    On November 5, 2019, FMMG removed the word "Shein" from its

27  company name in a filing with the State of California, as demonstrated by Secretary

28  of State Certificate of Amendment of Articles of Incorporation, a true and correct

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248                          22
                        SECOND AMENDED COMPLAINT

1  copy of which is attached as **Exhibit B**.

2      91.    Upon information and belief, FMMG previously held itself out as

3  "SHEIN" to the public.

4      92.    Upon information and belief, FMMG only marketed the brands of other

5  Defendants in this case and thus has an identity of interests with Defendant SHEIN

6  and the other Defendants.

7      93.    On December 9, 2021, FMMG disclosed its address of 345 N. Baldwin

8  Park Blvd., City of Industry, CA 91746 as demonstrated by Statement of

9  Information, a true and correct copy of which is attached as **Exhibit C**.  Defendant

10  FMMG shares this address with Defendant's SHEIN and Style Link.

11      94.    George Chiao is an employee of FMMG.  **Exhibit X**.  In his LinkedIn

12  profile, George Chiao identifies himself as an employee of Defendant SHEIN.

13  **Exhibit Y**.  George Chiao is the Chief Executive Officer of Defendant SHEIN.

14  **Exhibit D**.

15      95.    Upon information and belief, Valerie Ho, corporate secretary and

16  general counsel of Defendant SHEIN, is an officer, member, or employee of

17  Defendant FMMG.

18      96.    Further, the LinkedIn page of Jasmine Zhao Johnson identifies

19  Defendant SHEIN as her most recent employer.  She was previously employed by

20  Shein and Defendant FMMG.  Upon information and belief, Jasmine Zhao Johnson

21  is an employee of Defendants FMMG and SHEIN.  **Exhibit U**.

22      97.    Defendant FMMG shares the same corporate employees as Defendant

23  SHEIN.

24      98.    Upon information and belief, Defendant FMMG shares the identical

25  equitable ownership as Defendant SHEIN and the other Defendants in this case.

26      99.    Upon information and belief, Defendant FMMG has commingled funds

27  with Defendant SHEIN and other Defendants in this case.

28      100.   Upon information and belief, Defendant FMMG has not observed

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  corporate formalities to distinguish itself as an independent entity.

2    101.  If the acts of the Defendant SHEIN and the other Defendants are

3  attributed to them alone and not also FMMG, an inequitable result will follow.

4    102.  The principals, Defendants Zoetop, SHEIN, and Roadget, are liable for

5  the acts committed by Defendant FMMG  while in the scope of the agent's authority.

6    103.  Defendant FMMG was employed as a business coordinator and to

7  provide digital marketing and advertising services with respect to the infringing

8  products.

9    104.  Defendant FMMG's infringing acts occurred at authorized places and

10  times during its employment by the other co-Defendants Zoetop, SHEIN, and

11  Roadget.

12    105.  Defendant FMMG's infringing acts were intended to assist its

13  principals.

14    106.  Defendant FMMG's infringing acts were anticipated by or directed by

15  its principals.

16  ## DEFENDANT ROADGET

17    107.  Defendant Roadget participated in the Copyright Infringement Scheme

18  by developing mobile applications that allowed for the purchase of infringing

19  products that incorporated Tianhai's copyrighted laces.  Defendant Roadget also

20  shipped infringing products that incorporated Tianhai's copyrighted laces.

21    108.  Defendant Roadget is listed as the developer of the mobile application

22  "SHEIN-Fashion Shipping Online" on Google Play at

23  https://play.google.com/store/apps/details?id=com.zzkko&hl=en and the mobile

24  application "SHEIN-Online Fashion" on App Store at

25  https://itunes.apple.com/us/app/yub-streetwear-fashion-

26  shopping/id878577184?mt=8, a true and correct copy of which is attached as

27  **Exhibit F**.

28    109.  Defendant Roadget owns and operates the website available at

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

www.us.shein.com, the "SHEIN-Fashion Shipping Online" mobile application offered on Google Play, and the "SHEIN-Online Fashion" mobile application offered on App Store.  *See* **Exhibit N**.

110.   Tianhai's investigations revealed that Defendants sold products that incorporated Tianhai's copyrighted laces off the mobile applications "SHEIN-Fashion Shipping Online" on Google Play and "SHEIN-Online Fashion" on App Store.  A true and correct copy of Tianhai's test purchase confirmation is attached as **Exhibit G**.

111.   **Exhibit T** shows that Defendant Roadget facilitated numerous shipments of garments.  These shipments were consigned by Defendant SHEIN.  Upon information and belief, these shipments included infringing products featuring Tianhai's lace designs.

112.   Defendant Roadget shipped the products that incorporated Tianhai's copyrighted laces from China to Plaintiffs' investigators.  These products were forwarded through a warehouse or storage facility in this District that is rented by Defendant SHEIN and operated by co-Defendant Style Link:



SECOND AMENDED COMPLAINT

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

A true and correct copy of the shipping labels used on products purchased by Tianhai's investigators is attached as **Exhibits H and O**.

113.   As discussed above, a true and correct copy of U.S. Customs database details through the ports of Los Angeles and Long Beach, California and a graphic chart outlining the relationships between Defendants Style Link, Roadget, and SHEIN from ImportGenius is attached as **Exhibit R**.  Notably, **Exhibit R** shows Defendant Roadget was involved in the shipment of transparent SHEIN plastic bags and a variety of garments that, upon information and belief, included infringing products featuring Tianhai's lace designs.

114.   Between November 28, 2021 and November 18, 2022 alone, Defendant Roadget shipped eighty-one (81) shipments of garments and accessories, including garments that infringe Tianhai's copyrighted lace designs, from China to Defendant SHEIN in Los Angeles, California through the ports of Los Angeles and Long Beach in this District.  A true and correct copy of these importation and shipment details is attached as **Exhibit P**.  The total weight of these imported products amounts to 1,694,698 pounds.

115.   Upon information and belief, Roadget routinely ships products, including the infringing products, to the U.S., including through ports located in this District.

## DEFENDANT STYLE LINK

116.   Defendant Style Link participated in the Copyright Infringement Scheme by providing packaging, distribution, fulfillment, and other logistics

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

services for the manufacturer of the infringing products, Defendant SHEIN.  Indeed,
Style Link's formal name includes the term "logistics" which identifies its role with
respect to the other Defendants.  "Logistics is the management of the movement of
resources, goods, and services from the point of origin to the point of consumption
in order to meet customer needs." **Exhibit Z**.

117.    Defendant Style Link has posted numerous job advertisements that cast
light on its role in the Copyright Infringement Scheme. **Exhibit AA.**  "Typical
responsibilities [of these positions] include restocking shelves, processing and
packing orders and ensuring orders are shipped in a timely manner."  Additional
duties include "preparing orders for shipment," "receiving, processing, labeling, and
storing incoming inventory," and "inventory organization and maintenance."
Defendant Style Link is actively involved in the distribution of infringing products
by shipping, receiving, processing, storing, and warehousing of goods for Defendant
SHEIN.

118.    Defendant Style Link also imports products to the U.S. for Defendant
Roadget and Defendant SHEIN.  As discussed above, a true and correct copy of
customs database details through the ports of Los Angeles and Long Beach,
California and a graphic chart outlining the relationships between Defendants Style
Link, Roadget, and SHEIN from ImportGenius is attached as **Exhibit R**.

119.    **Exhibit R** demonstrates that Defendant Style Link imported
transparent SHEIN plastic bags.

120.    Defendants FMMG and Style Link also received packaging from
Defendant Zoetop. **Exhibit AB**.

121.    Defendant SHEIN is well-known for its excessive use of transparent
plastic bag packaging.  **Exhibit AC**.  Notably, "[e]ach order from Shein arrives in a
clear plastic bag with "SHEIN" written down the side and a zipper across the top."
**Exhibit AD**.

122.    Examples of these bags from test purchases made as part of Tianhai's

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248                                        27
                              SECOND AMENDED COMPLAINT

investigations are shown in **Exhibit L**, pp. 261, 263, 279, 281, 289, 291, 298, 300, 315, 317, 328, 330, 337, 339, 369, 371-72, 374, 383, 385, 392-94, 396.  The SHEIN bags were filled by Style Link with the infringing copyrighted lace products.

  

**Exhibit L**, p. 262, 292, 299.

123.    The California Secretary of State's website indicates that Defendant Style Link Logistics LLC's mailing address is 347 S. Stimson Ave., City of Industry, CA 91744. **Exhibit AE**.  Test purchases made as part of Tianhai's investigations show packages listing Defendant Style Link's address as the sender's address for the infringing products.



Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

28

SECOND AMENDED COMPLAINT

**Exhibits O and AF**.

124.   347 S. Stimson Ave., City of Industry, CA 91744 is the address of a warehouse or storage facility that, upon information and belief, is rented by Defendant SHEIN.  **Exhibit O**.  As noted above, infringing products incorporating Tianhai's copyrighted lace designs purchased by Tianhai's investigators were shipped by Defendant Roadget through a facility at this same address.

125.   In light of the above and based upon information and belief, Defendant Style Link receives the infringing garments shipped by Defendant Roadget and imported by Defendant SHEIN and then packages them for sale and distribution using the transparent SHEIN plastic bags that Defendant Style Link has imported. Subsequently, Defendant Style Link processes the orders for the infringing products and ships them to the customers.

126.   Defendant Style Link knew that the SHEIN-branded products being marketed were infringing because it operated out of the same business address at 345 N. Baldwin Park Blvd., City of Industry, CA 91746 and had the same officers

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

29

SECOND AMENDED COMPLAINT

1   and employees as Defendant SHEIN that directly manufactured the infringing

2   products.

3       127.    Therefore, Defendant Style Link is directly liable as an infringer

4   because it is a participant in the chain of distribution for the infringing products.

5       128.    Upon information and belief, Style Link is an alter ego of Defendant

6   SHEIN and perhaps other co-Defendants Zoetop, FMMG, and Roadget, with a unity

7   of interest and ownership such that the separate personalities of the corporations no

8   longer exist.

9       129.    A true and correct copy of Defendant Style Link's Application to

10  Register a Foreign Limited Liability Company (LLC) filed with the State of

11  California on May 25, 2021 is attached as **Exhibit Q**.  It lists Defendant Style

12  Link's address as 345 N. Baldwin Park Blvd., City of Industry, CA 91746.  This

13  address is identical to the addresses of and listed with the State of California by

14  Defendants SHEIN and FMMG.  Defendant Style Link's Application to Register a

15  Foreign Limited Liability Company (LLC) was signed by George Chiao under

16  penalty of perjury that he was authorized to sign on behalf of Defendant Style Link.

17      130.    A true and correct copy of Defendant Style Link's Certificate of

18  Organization issued by the State of Indiana on April 15, 2021 is attached as **Exhibit**

19  **AG**.  It lists Defendant Style Link's address as 345 N. Baldwin Park Blvd., City of

20  Industry, CA 91746.  This address is identical to the addresses of and listed with the

21  State of California by Defendants SHEIN and FMMG.  Defendant Style Link's

22  Articles of Incorporation were signed by George Chiao who is identified as the

23  manager of Defendant Style Link.

24      131.    Upon information and belief, Valerie Ho is an officer, member, or

25  employee of Defendant Style Link.

26      132.    Defendant Style Link shares the same corporate employees as

27  Defendant SHEIN.  George Chiao is the Chief Executive Officer of Defendant

28  SHEIN.  Valerie Ho is the secretary and general counsel of Defendant SHEIN.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

30

133.   Defendant Style Link shares the same corporate employees as Defendant FMMG. George Chiao is an employee of FMMG.  Upon information and belief, Valerie Ho is an officer, member, or employee of Defendant FMMG .

134.   Defendant Style Link shares the same offices at 345 N. Baldwin Park Blvd., City of Industry, CA 91746 with Defendants SHEIN and FMMG.

135.   Defendant Style Link shares the same warehouse or storage facility at 347 S. Stimson Ave., City of Industry, CA 91744 with Defendants SHEIN and Roadget.

136.   Each of Defendant Style Link's job postings refer to it as "SHEIN dba Style Link Logistics."  The advertisements do not differentiate between Defendant Style Link and Defendant SHEIN when describing Defendant Style Link's business and appear to hold Defendant Style Link as either being Defendant SHEIN or that it is actively controlled by Defendant SHEIN.

31

SECOND AMENDED COMPLAINT

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

# Warehouse Associate (Full-time) Weekends

SHEIN dba Style Link Logistics

Whitestown, IN 46075
From $20 an hour  - Full-time

⚡ Responded to 51-74% of applications in the past 30 days, typically within 4 days.

**Apply now**      

## Job details

**Salary**
From $20 an hour

**Job Type**
Full-time

## Qualifications

- Work authorization (Required)

## Benefits
*Pulled from the full job description*

401(k)    401(k) matching    Dental insurance    Employee assistance program

Health insurance    Health savings account

**Show 5 more benefits**

## Full Job Description

**About Style Link Logistics LLC**

SHEIN is a fast-growing international B2C fast fashion e-commerce platform. The company mainly focuses on women's wear, but it also offers men's apparel, children's clothes, accessories, shoes, bags and other fashion and home items. SHEIN sells globally, including in Europe, America, Australia, and the Middle East along with other consumer markets. The brand was founded in October 2008, and since then it has upheld the philosophy that "everyone can enjoy the beauty of fashion."

If you're looking for an awarding career opportunity with a company that cares about employees, bring your experience and a motivated attitude to Style Link.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Warehouse Associate - 2nd Shift

SHEIN dba Style Link Logistics - 4.0 ★

📍 Whitestown, IN

### Job Details

💼 Full-time                                              $ From $19 an hour

### Benefits

| Health savings account | Health insurance | Dental insurance | 401(k) |

| Paid time off | Employee assistance program | Vision insurance |

| 401(k) matching | Life insurance | Referral program |

### Qualifications

| Warehouse experience | Communication skills |

### Full Job Description

**About Style Link Logistics LLC**

SHEIN is a fast-growing international B2C fast fashion e-commerce platform. The company mainly focuses on women's wear, but it also offers men's apparel, children's clothes, accessories, shoes, bags and other fashion and home items. SHEIN sells globally, including in Europe, America, Australia, and the Middle East along with other consumer markets. The brand was founded in October 2008, and since then it has upheld the philosophy that "everyone can enjoy the beauty of fashion."

If you're looking for an awarding career opportunity with a company that cares about employees, bring your experience and a motivated attitude to Style Link.

**Position Overview:**

We are looking for a Warehouse Associate to participate in our warehouse operations and activities. You will work in collaboration with others to complete daily tasks and offer support to your team. Typical responsibilities include restocking shelves, processing and packing orders and ensuring orders are shipped in a timely manner.

**Essential Job Duties and Responsibilities:**

- Receiving, processing, labeling, and storing incoming inventory.

- Inventory organization and maintenance.

- Preparing orders for shipment.

- Ensure warehouse goals are met.

- Maintain a high level of health and safety standards.

- Perform other general warehouse duties as needed.

**Exhibit AA**.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248                                33
                              SECOND AMENDED COMPLAINT

137.    These job postings indicate that Defendant Style Link serves as a mere conduit for Defendant SHEIN's affairs.  Specifically, it suggests that Defendant SHEIN is responsible for the financial affairs of Defendant Style Link, and that it actively controls the employment decisions of Defendant Style Link.

138.    Upon information and belief, Defendant Style Link has commingled funds with Defendant SHEIN.

139.    Upon information and believe, Defendant Style Link has not observed corporate formalities to distinguish itself as an independent entity.

140.    If the acts of Defendant SHEIN and the other Defendants are attributed to them alone and not also Style Link, an inequitable result will follow.

141.    The principals, Defendants Zoetop, SHEIN, and Roadget, are liable for the acts committed by Defendant Style Link  while in the scope of the agent's authority.

142.    Defendant Style Link was employed to perform logistics, packaging, distributing, and order fulfillment tasks with respect to the infringing products.

143.    Defendant Style Link's infringing acts occurred at authorized places and times during employment by the other co-Defendants Zoetop, SHEIN, and Roadget.

144.    Defendant Style Link's infringing acts were intended to assist its principals.

145.    Defendant Style Link's infringing acts were anticipated by or directed by its principals.

## **INJURY TO TIANHAI**

146.    Defendants' willful and pervasive infringement of Tianhai's lace designs, protected by the U.S. Registered Copyrights, has caused Tianhai to lose sales because Defendants did not purchase genuine Tianhai lace for use in their products.

147.    Defendants' willful and pervasive infringement of Tianhai's lace

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

designs, protected by the U.S. Registered Copyrights, has caused Tianhai to lose licensing income because Defendants are not authorized licensees, and paid no royalties or licensing fees for the right to reproduce Tianhai's copyrighted designs.

148.   Defendants' infringement of Tianhai's lace designs has damaged and irreparably injured Tianhai and, if permitted to continue, will further damage and irreparably injure Tianhai.

## FIRST CLAIM FOR RELIEF

### Copyright Infringement Under the Copyright Act

### 17 U.S.C. § 101 *et seq.*

149.   Tianhai hereby re-alleges and incorporates by reference each of the foregoing paragraphs and other allegations set forth elsewhere in this Complaint as though fully set forth in this cause of action.

150.   At all relevant times, Tianhai has been the holder of the exclusive rights in its lace designs, which are subject to copyright protection in the United States, as evidenced by the U.S. Copyright Registrations.

151.   At all relevant times, Defendants had access to Tianhai's lace designs.

152.   Defendants, without authorization, reproduced, distributed, displayed, created derivative works of, and otherwise infringed Tianhai's lace designs as described herein in willful violation of Tianhai's rights under the Copyright Act.

153.    Each of the Defendants are jointly and severally liable for the damages suffered by Tianhai.

154.   At all relevant times, Tianhai's actions have been willful and undertaken with full knowledge of, and/or reckless disregard for, Tianhai's rights.

155.   Tianhai has suffered actual monetary damages and incurred significant costs as a direct and proximate result of Defendants' direct and willful infringement of Tianhai's copyrights.

## PRAYER FOR RELIEF

WHEREFORE, Tianhai requests that this Court enter judgment in its favor on

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

each and every claim for relief set forth above and award it relief including, but not limited to, the following:

A. A judgment declaring that Defendants' unauthorized reproduction, distribution, display, or creation of derivative works of Tianhai's lace designs constitutes copyright infringement, as detailed above;

B. An award of statutory damages to Tianhai under 17 U.S.C. § 504(c) for willful copyright infringement or, at Tianhai's election, under 17 U.S.C. § 504(b), an award of actual damages to Tianhai, Defendants' profits from infringement, and prejudgment and post-judgment interest, in an amount to be determined at trial;

C. An award to Tianhai of attorneys' fees and costs under 17 U.S.C. § 505.

D. An injunction enjoining Defendants and their subsidiaries, affiliates, related companies, their officers, agents, employees, and all persons acting in concert with them from any and all sale, reproduction, distribution, display, or creation of derivative works substantially similar to any Tianhai lace design;

E. Pursuant to 17 U.S.C. § 503, an order for the impoundment and destruction of all infringing products and materials, including but not limited to accessories, laces, fabrics, textile products, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody, or control bearing any design or pattern identical or substantially similar to Tianhai's copyright lace designs;

F. A judgment that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession, custody or control that rightfully belong to Tianhai;

G. A judgment directing Defendants to, within thirty (30) days after the entry of the injunction, file with this Court and serve on Tianhai's attorneys a report in writing and under oath setting forth in detail the manner and

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

SECOND AMENDED COMPLAINT

form in which Defendants have complied with the injunction; and

H. Any further relief, as permitted by law and as the Court may deem just and appropriate.

DATED:  March 10, 2023

By:      */s/ B. Brett Heavner*
         B. Brett Heavner (admitted *pro hac vice*)

         FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
         Morgan E. Smith (SBN 293503)
         B. Brett Heavner (admitted *pro hac vice*)
         Yinfei Wu (admitted *pro hac vice*)

         KENDALL BRILL & KELLY LLP
         Alan Jay Weil (SBN 63153)

         *Attorneys for Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc*

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

37

SECOND AMENDED COMPLAINT

# **DEMAND FOR JURY TRIAL**

Plaintiffs, Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd., and

Tianhai Lace USA Inc. hereby demand a trial by jury of all issues so triable.

DATED:  March 10, 2023

By:  _____/s/ B. Brett Heavner_____
B. Brett Heavner (admitted *pro hac vice*)

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Morgan E. Smith (SBN 293503)
B. Brett Heavner (admitted *pro hac vice*)
Yinfei Wu (admitted *pro hac vice*)

KENDALL BRILL & KELLY LLP
Alan Jay Weil (SBN 63153)

*Attorneys for Tianhai Lace Co., Ltd.,
Tianhai Lace (Guangdong) Ltd., and
Tianhai Lace USA Inc*

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603362248

38

SECOND AMENDED COMPLAINT