Milord A. Keshishian, SBN 197835
milord@milordlaw.com
**MILORD LAW GROUP P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878

Cameron S. Reuber (admitted Pro Hac Vice)
reuber@leasonellis.com
Emily A. Rice (admitted Pro Hac Vice)
rice@leasonellis.com
**LEASON ELLIS LLP**
One Barker Avenue, Fifth Floor
White Plains, NY 10601
914-288-0022

Attorneys for Plaintiffs
Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd.,
and Tianhai Lace USA Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANHAI LACE CO. LTD., TIANHAI LACE (GUANGDONG) LTD. and TIANHAI LACE USA INC., | CASE NO.:  2:22-cv-06106-HDV-MRWx |
| Plaintiff, | **NOTICE OF SETTLEMENT**<br><br>Honorable Hernàn D. Vera |
| vs. | |
| ZOETOP BUSINESS CO. LIMITED D/B/A SHEIN; SHEIN DISTRIBUTION CORPORATION; FASHION MARKETING AND MERCHANDISING GROUP, INC.; ROADGET BUSINESS PTE., LTD.; AND STYLE LINK LOGISTICS, LLC, AND DOES 1-10, | |
| Defendants. | |

*MILORD LAW GROUP P.C.*
*333 South Hope Street, Suite 4025*
*Los Angeles, CA 90071*
*(310) 226-7878*

-1-

NOTICE IS HEREBY GIVEN PURSUANT TO L.R. 16-15.7 that Plaintiffs TIANHAI LACE CO. LTD., TIANHAI LACE (GUANGDONG) LTD. and TIANHAI LACE USA INC. (collectively, "Tianhai") and Defendants ZOETOP BUSINESS CO. LIMITED D/B/A SHEIN; SHEIN DISTRIBUTION CORPORATION; FASHION MARKETING AND MERCHANDISING GROUP, INC.; ROADGET BUSINESS PTE., LTD.; AND STYLE LINK LOGISTICS, LLC (collectively, "Shein") have reached a settlement as to Tianhai's claims.

Tianhai and Shein anticipate submitting the appropriate request for dismissal and proposed order no later than August 2, 2024.

WHEREFORE, the parties respectfully request until August 2, 2024, within which to file the dismissal and that all pending deadlines, hearings, and trial dates be vacated.

Dated:  June 28, 2024

Respectfully submitted,

/s/ Milord A. Keshishian
Milord A. Keshishian, SBN 197835
milord@milordlaw.com
**MILORD LAW GROUP P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878

Cameron S. Reuber (admitted Pro Hac Vice)
reuber@leasonellis.com
Emily A. Rice (admitted Pro Hac Vice)
rice@leasonellis.com
**LEASON ELLIS LLP**
One Barker Avenue, Fifth Floor
White Plains, NY 10601

Attorneys for Plaintiffs
Tianhai Lace Co., Ltd., Tianhai Lace
(Guangdong) Ltd., and Tianhai Lace USA Inc.

**NOTICE OF SETTLEMENT**